**93–2502.**   State v. Britton.   *Lucas County*, No. L–83–266.   Judgment affirmed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.

A.W. Sweeney, J., dissents.

Wright, J., not participating.

**93–2514.**   State ex rel. Luna v. Sixth Dist. Court of Appeals.   In Mandamus.   On motion to dismiss. Motion to dismiss sustained.   Cause dismissed.

Moyer, C.J., A.W. Sweeney, Douglas, Wright and F.E. Sweeney, JJ., concur.

Pfeifer, J., dissents.

Resnick, J., not participating.

**93–2525.**   State ex rel. Vasquez v. Seventh Dist. Court of Appeals.   In Mandamus and Procedendo. On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.

**93–2635.**   State ex rel. Ross v. Wilkinson.   In Mandamus.   *Sua sponte*, cause dismissed.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.

**94–41.**   State v. Jennings.   *Allen County*, No. 1–93–52.   On motion for leave to file instanter. Motion denied.

Douglas, J., dissents.

On motion to strike.   Motion denied.

On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

Moyer, C.J., A.W. Sweeney, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.

Douglas, J., dissents.